Postmates                                           LOG IN    SIGN UP

# Press & Media

About Postmates

Postmates helps people unlock the best of their cities – and their lives, with an insanely reliable on-demand "anything" network. Launched in 2011, Postmates pioneered the on-demand delivery movement in the US by offering delivery from restaurants and stores previously only available offline. The company now operates in 2,940 US cities, as well as Mexico, and provides access to over 250,000 merchants.

While some companies try to build a warehouse and funnel goods into it - Postmates believes that our cities, our towns, our communities are our warehouses. Postmates is transforming the way food and merchandise is moved around cities - by connecting the best of a city to our customers, while helping local brick & mortar compete against retail goliaths.

By The Numbers

**700+**
Employees

**2,940**
Cities

**200k**
Merchants

# 5M
Deliveries per month

## Company Timeline

**2011**   **2012**   **2013**   **2014**   **2015**   **2016**   2

**MAR 2011** — Founded by Bastian Lehmann, Sean Plaice and Sam Street.

**MAY 2012** — Launched the first version of Get it Now in San Francisco.

**MAR 2013** — Raised $5M in Series A.

**FEB 2014** — Raised $16M in Series B.

**MAR 2014** — Hit 10,000 deliveries per week.

**SEP 2014** — Hit 20,000 deliveries per week.

**DEC 2014** — Introduced Postmates API

**DEC 2014** — Delivered its one millionth delivery.

**JUN 2015** — Raised $80M in Series C round.

**DEC 2015** — Hit 8M deliveries.

**APR 2016** — Launched subscription service Postmates Plus Unlimited.

---

## Press Releases

**DECEMBER 13, 2018**

### Postmates Unveils Latest Addition To Its Fleet: Meet Serve - The Autonomous Delivery Rover

**OCTOBER 4, 2018**

Postmates Unlimited Grows 300%; Lowers Order Minimum for Unlimited Memberships

SEPTEMBER 18, 2018

Postmates Secures $300M In Venture Funding Led By Tiger Global Management And Announces Record-Breaking Year Of Growth, Accelerating Position As The On-Demand Industry Leader

JULY 10, 2018

Postmates Launches 100+ Cities In Major U.S. Expansion; Deepens Partnership With Chipotle

Press Release Archives

In The News

FORBES

Postmates Has A New Autonomous Rover To Deliver Your Lunch Starting Next Year

POPULAR SCIENCE

Self-Driving, Burrito-Carrying Rovers Are Going To Talk To Us With Their Eyes

PEOPLE

Post Malone Spent More Than $40,000 on Postmates

HOLLYWOOD REPORTER

Postmates Says Post Malone Is Its No. 1 Customer

in the Past Year—These Are His Go-To Orders

**YAHOO FINANCE**

Delivery startup Postmates expands into 134 new cities in the U.S.

**THE VERGE**

Postmates is now available in 60 percent of the US after adding 134 cities

News Archives

---

Contact Us

# April Conyers
**PRESS INQUIRIES**

press@postmates.com

# Ben Trinh
**MARKETING & BRAND PARTNERSHIPS**

brands@postmates.com

Media Assets

# Download Media Kit & Brand Assets

The media kit contains app images, founder images, logos and brand guidelines.

**DOWNLOAD ZIP**

**POSTMATES**

About

Careers

Blog

Press & Media

Civic Labs

Unlimited

Gift Cards

Pickup

Support

**PARTNERS**

Sell on Postmates

Developers

API Docs

Partner Support

Restaurants Near Me

**FLEET**

Join the Fleet

Fleet Support

**FOLLOW US**

Facebook

Twitter

Snapchat

Instagram

**CITIES**

Los Angeles

New York City

Miami

Chicago

Phoenix

Delivery Near Me

Takeout Near Me

Alcohol Delivery

©2019 POSTMATES INC    TERMS    PRIVACY