# Postmates

LOG IN    SIGN UP



# Anything, anytime, anywhere. We get it.

Food, drinks and groceries available for delivery or pickup.



Download the Postmates App

 

# Discover, order, and track in the app.

With the largest on-demand network in the industry, you can explore your city, find its hidden hotspots, and watch as we bring your new favorites right to your door. Download the app for iOS or Android for free.

Enter your phone number to get the app.

TEXT ME

## Choose an area to explore

View All

**San Francisco**

**Los Angeles**

**New York City**

**Chicago**

**Miami**

**Washington DC**

**Orange County**

**Phoenix**

**San Diego**

**Atlanta**

**East Bay**

**Charlotte**

**Long Beach**

**Denver**

**Seattle**

**Las Vegas**

**Portland**

**Sacramento**

**Nashville**

**Oklahoma City**

# We deliver more than dinner.

Get groceries and alcohol delivered in under an hour so you can spend your time living your best life. Whether you need a gallon of milk or a handle of vodka, we get it.

## Pay once, get free delivery all year.

Pay $7.99/month (billed annually) for a year of free delivery with Postmates Unlimited. That's 20% off our regular monthly plan.

**TRY UNLIMITED FREE**

## All of the flavor,

# none of the wait.

No fees, just fast service. Order takeout with Postmates Pickup and we'll let you know when it's ready. No wallet. No wait.

TRY PICKUP NOW

# The only gift that delivers.

They're customizable, fun to receive, and delivered instantly. Postmates Gift Cards can be used to buy anything in your city, delivered in minutes.

SEND A GIFT CARD

# Ready to order?

Browse local restaurants and businesses available for delivery by entering your address below.

Enter your address...

Postmates is the largest, most reliable on-demand delivery and pickup platform.

Able to deliver anything from anywhere, Postmates is the food delivery, grocery delivery, whatever-you-can-think-of delivery service to bring what you crave right to your door. Read More

| POSTMATES | PARTNERS |
|---|---|
| About | Sell on Postmates |
| Careers | Developers |
| Blog | API Docs |
| Press & Media | Partner Support |
| Civic Labs | Restaurants Near Me |

Unlimited

Gift Cards

Pickup

Support

**FLEET**

Join the Fleet

Fleet Support

**FOLLOW US**

Facebook

Twitter

Snapchat

Instagram

**CITIES**

Los Angeles

New York City

Miami

Chicago

Phoenix

Delivery Near Me

Takeout Near Me

Alcohol Delivery

©2019 POSTMATES INC   TERMS   PRIVACY