THE LINDEN LAW GROUP, P.C.
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 835-1532
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVAN BOBROW, as an individual, and on behalf of all others similarly situated,

Plaintiffs,

-against-

POSTMATES, INC., a Delaware state corporation,

Defendants.

CONSENT TO CHANGE ATTORNEY

1:21-cv-7382

IT IS HEREBY CONSENTED AND AGREED, that THE LINDEN LAW GROUP, P.C. be substituted as attorneys for Plaintiff ALVAN BOBROW, in place and stead of JOANN FELD, ESQ., as of the date hereof.

IT IS FURTHER STIPULATED AND AGREED, that this consent may be signed in counterparts and that a fully executed facsimile, copy, or copy of PDF image of the Consent to Change Attorney shall have the same force and effect as an original.

Dated: November __18__, 2021

_____
Joann Feld, Esq.
JOANN FELD, ESQ.
Outgoing Attorneys for Plaintiff
44 Seward Drive
Dix Hills, NY 11746
Tel. (631) 493-9464

Dated: November 18, 2021

_____
Jeffrey Benjamin, Esq.
THE LINDEN LAW GROUP, P.C.
Incoming Attorneys for Plaintiff
5 Penn Plaza, 23rd Floor
New York, NY 10001
Phone: (212) 835-1532

Agreed and Consented.

_____
ALVAN BOBROW